**Form 288** [Ntc to Db Re B23]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:  
    Arthur W Odorizzi  
        Debtor(s).

Case No. 15−20101 WTT  
Chapter 7

## NOTICE TO DEBTOR(S) OF DEFICIENCY CONCERNING DISCHARGE AND REQUIREMENT TO COMPLETE DEBTOR EDUCATION

    This is a notification that your bankruptcy case may be closed without entry of a discharge on or after April 28, 2015 because you have not filed with the court the B23 form (Official Form 23 Debtor's Certification of Completion of Post petition Instructional Course Concerning Personal Financial Management) proving post petition completion of the personal financial management course which is a requirement for discharge. This requirement is different and separate from the credit counseling briefing you were required to complete prior to filing your bankruptcy case.

    In order to receive a discharge of debts you must file with the court (prior to the case being closed) the B23 form certifying you have completed the course. A separate B23 form must be filed by each debtor. A link to a list of approved providers of the Instructional Course Concerning Personal Financial Management (Debtor Education) is available on the court's website at www.utb.uscourts.gov or directly through the United States Trustee Program's website at www.justice.gov/ust/eo/bapcpa/ccde/de_approved.htm. Classes are generally available in person, by telephone, or via the internet.

    To avoid your case being closed without a discharge, please ensure that the required form(s) are received by the court no later than April 28, 2015.

    PLEASE TAKE NOTE that if your case is closed without entry of a discharge, you may seek an order reopening your case to file the required certification. This is accomplished by filing a motion with the court to reopen your case along with payment of a case reopening fee of $260.

    If you feel that this notice has been sent in error or items have crossed in the mail, please call the court at (801) 524−6687 to confirm that we have received Form B23. Please have your case number available when calling the court.

Dated: April 14, 2015

                                            David A. Sime  
                                            Clerk of Court

**Form B23** (Official Form 23) (12/13)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:
    Arthur W Odorizzi
            Debtor(s).

Case No. 15−20101 WTT
Chapter 7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

This form should not be filed if an approved provider of a postpetition instructional course concerning personal financial management has already notified the court of the debtor(s) completion of the course. Otherwise, every individual debtor in a chapter 7 case, a chapter 11 case in which § 1141(d)(3) applies, or a chapter 13 case must file this certification. Complete **one** of the following statements and file with the Clerk of Court at the address shown on the reverse by the deadline stated below.

**If a joint petition is filed, each spouse must complete and file a separate certification.** Therefore, joint debtors may wish to photocopy this form before completing it.

[ ]  I, _____, the debtor/joint debtor in the above−styled case, hereby certify
      (Printed name of debtor or joint debtor)
that on _____ (date) I completed an instructional course in personal

financial management provided by _____, an approved personal
                                           (Name of Provider)
financial management provider.

Certificate No. (if any): _____

− OR −

[ ]  I, _____, the debtor/joint debtor in the above−styled case, hereby certify
      (Printed name of debtor or joint debtor)
that no personal financial management course is required because of (check the appropriate box).

  [ ] Incapacity or disability, as defined in 11 U.S.C. § 109(h);

  [ ] Active military duty in a military combat zone; or

  [ ] Residence in a district in which the United States Trustee (or Bankruptcy Administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date: _____   Signature of Debtor or Joint Debtor: _____

**Instructions:** Use this form only to certify whether you completed a course in personal financial management. (See Fed. R. Bankr. P. 1007(b)(7).) DO NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

**Filing Deadlines:** In a chapter 7 case, file with the Clerk of Court within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file with the Clerk of Court no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).).

If NOT represented by counsel,
file all documents and mail to: Clerk, U.S. Bankruptcy Court, 350 South Main #301, Salt Lake City, UT 84101

United States Bankruptcy Court
District of Utah

In re:  
Arthur W Odorizzi  
    Debtor

Case No. 15-20101-WTT  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 1088-2 | User: admin<br>Form ID: f288 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Apr 14, 2015 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2015.
db     +Arthur W Odorizzi,   118 North 2120 East Circle,   St. George, UT 84790-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2015         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2015 at the address(es) listed below:
        Bryan Adamson   on behalf of Debtor Arthur W Odorizzi badamson@dixielegal.com, jpeterson@dixielegal.com
        Michael F. Thomson tr   thomson.michael@dorsey.com,  UT17@ecfcbis.com;montoya.michelle@dorsey.com
        United States Trustee   USTPRegion19.SK.ECF@usdoj.gov
        TOTAL: 3